THE STATE OF FLORIDA *ex rel.* WILLIAM N. CAMP AND EUGENE E. WEST, PLAINTIFF IN ERROR, VS. BENJAMIN E. McLIN AS THE COMMISSIONER OF AGRICULTURE OF THE STATE OF FLORIDA, DEFENDANT IN ERROR.

All question of law and fact necessary to be considered in disposing of this writ of error having been discussed and decided by this court in an opinion filed at the present term in the case of Camp et al., appellants, vs. McLin, Commissioner, et al. appellees, the judgment of the Circuit Court in this case must be affirmed in accordance with the decision in that case.

Writ of error to the Circuit Court for Leon County.

The facts of the case are stated in the opinion of the court.

*H. Bisbee, Geo. C. Bedell, Cooper & Cooper* and *O. T. Green,* for Plaintiff in Error.

*T. L. Clarke, R. W. Williams* and *D. U. Fletcher,* for Defendant in Error.

PER CURIAM.

This cause has been referred by the court to its commissioners who report that the judgment ought to be affirmed and the court having duly considered the case upon the record, briefs and argument is of that opinion.

This case is brought here by writ of error from a judgment of the Circuit Court of Leon county, rendered on July 26th, 1901, quashing an alternative writ of mandamus theretofore issued at the instance of plaintiffs in error as relators, against the respondent as Commissioner of Agriculture of the State of Florida. The object of the proceeding was to secure recognition of the validity of an alleged contract claimed to have been entered into whereby relators claimed to have acquired the right to use, enjoy, and control the labor and services of three hundred State convicts for a period of four years commencing on January 1st, A. D. 1902.

Under the decision this day rendered in a chancery cause pending on appeal between the same parties, and determined on the same state of facts, it is held that there was in fact no completed contract to be enforced at the instance of plaintiffs in error, and, for the reasons stated in the opinion rendered in that case, the judgment sought to be reviewed in this case should be, and is, hereby affirmed.